UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jaclyn S Rodenbostel<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   16-27826<br><br>Chapter: 7<br>Honorable Donald R. Cassling<br>Kane |

## ORDER ON MOTION TO CONVERT CHAPTER 7 TO CHAPTER 13

This cause on having come before this Court on the motion of Debtor pursuant to U.S.C. §706(a) to convert her case from Chapter 7 to Chapter 13, the Court having fully considered the record and finding that this case was not previously converted under U.S.C §1112, §1209 or §1307 it is hereby ordered:

1. Debtor's case shall be converted from Chapter 7 to Chapter 13;
2. The Debtor shall file her Chapter 13 Plan and any other documents required under Federal Rules of Bankruptcy Procedure 1007(b) within fifteen (15) days of entry of this order;
3. The trustee or any party entitled to compensation shall, within thirty (30) days of the date of this order, file an application for compensation and reimbursement of expenses.

Enter:

*Donald R. Cassling*
United States Bankruptcy Judge

Dated: 10-14-16

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20151029_bko